IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM J. DOMINIC                                   PLAINTIFF

        v.              Civil No. 05-5016

DEVILBISS AIR POWER COMPANY                DEFENDANT

**O R D E R**

Now on this 2nd day of November, 2005, comes on to be considered defendant's **Motion for Summary Judgment (Doc. 10)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, the Arkansas Civil Rights Act, 16-123-101, *et seq.*, and Arkansas common law. Plaintiff asserts claims of sexual harassment, retaliation, wrongful discharge, and negligent hiring and supervision.

2. Summary judgment is appropriate only if, when viewing the facts in the light most favorable to the plaintiff and giving him the benefit of all reasonable factual inferences, there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. See Leichihman v. Pickwick Int'l, 814 F.2d 1263, 1268 (8th Cir.), cert. denied, 484 U.S. 855 (1987). Summary judgments should be sparingly used in employment discrimination cases and then only in those rare instances where there is no dispute of fact and where there exists only one conclusion. All the evidence must point one way and be susceptible

of no reasonable inferences sustaining the position of the non-moving party.  See Johnson v. Minnesota Historical Soc., 931 F.2d 1239, 1244 (8th Cir. 1991).

3. Viewing the evidence under these exacting standards, the Court finds that there are genuine issues of material fact precluding the grant of summary judgment on plaintiff's claims.

Accordingly, defendant's **Motion for Summary Judgment (Doc. 10)** is **DENIED** in all respects and this case will proceed to trial as scheduled the week of **November 28, 2005.**

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE