IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM J. DOMINIC                                                PLAINTIFF

      v.         Civil No. 05-5016

DeVILBISS AIR POWER COMPANY                                       DEFENDANT

## J U D G M E N T

For the reasons recited within a memorandum opinion of even date:

*     Plaintiff's **Motion for Entry of Judgment (Doc. 35)** is **GRANTED**. Plaintiff is hereby awarded $363,000.00 in damages, allocated as follows:

  - $50,000.00 in compensatory damages on his negligent supervision claim;

  - $50,000.00 in compensatory damages and $250,000.00 in punitive damages on his sexual harassment and retaliation claims; and

  - $13,000.00 in lost wages and benefits on his retaliation claim.

*     Plaintiff's **Motion for Attorney's Fees (Doc. 32)** is also **GRANTED** and plaintiff is awarded $50,964.51 in attorney's fees and costs.

*     The attorney's fees/costs award shall be considered part of the judgment and the total judgment shall bear interest at the rate of 4.72% from the date of entry of this order until paid.

**IT IS SO ORDERED** this 2nd day of March, 2006.

                                                      **/s/JIMM LARRY HENDREN**
                                                      **JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**